UNITED STATES DISTRICT COURT
of the
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CAROL SEELEY, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CASE NUMBER:  3:02CV2171 (MRK) |
| | : | |
| SEARS, ROEBUCK and CO., | : | |
| | : | |
| Defendant. | : | SEPTEMBER ___, 2003 |

**STIPULATION TO DISMISS WITH PREJUDICE**

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, it is hereby stipulated and agreed, by and between the parties hereto, through counsel for the Plaintiff, Carol Seeley, and counsel for Defendant, Sears, Roebuck and Co., that the above-captioned action be dismissed in its entirety, <u>with prejudice</u>, and with no award of attorneys' fees or costs by the Court.

| | |
|---|---|
| PLAINTIFF,<br>CAROL SEELEY | DEFENDANT,<br>SEARS, ROEBUCK and CO., |
| By: _____<br>Mark P. Carey (ct 17828)<br>Carey & Associates, P.C.<br>71 Old Post Road, Suite One<br>Southport, CT 06490<br>Ph. 203.324.7744 | By: _____<br>Michael G. Petrie (ct 22789)<br>Jackson Lewis LLP<br>55 Farmington<br>Hartford, CT 06105<br>Ph. 860.522.0404 |

## CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing was sent by first class. mail postage prepaid, on this _____ day of _____ 2003, to the following counsel of record:

>Mark P. Carey
>Carey & Associates, P.C.
>71 Old Post Road, Suite One
>Southport, CT 06490
>Ph. 203.255.4150
>Fax 203.255.0380

_____
Michael G. Petrie