UNITED STATES DISTRICT COURT
of the
DISTRICT OF CONNECTICUT

FILED
Oct 28  11 34 AM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

| | |
|---|---|
| CAROL SEELEY, | : |
| Plaintiff, | : |
| v. | : CASE NUMBER: 3:02CV2171 (MRK) |
| SEARS, ROEBUCK and CO., | : |
| Defendant. | : October 9, 2003 |

### STIPULATION TO DISMISS WITH PREJUDICE

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, it is hereby stipulated and agreed, by and between the parties hereto, through counsel for the Plaintiff, Carol Seeley, and counsel for Defendant, Sears, Roebuck and Co., that the above-captioned action be dismissed in its entirety, <u>with prejudice</u>, and with no award of attorneys' fees or costs by the Court.

PLAINTIFF,
CAROL SEELEY

By: _____
Mark P. Carey (ct 17828)
Carey & Associates, P.C.
71 Old Post Road, Suite One
Southport, CT 06490
Ph. 203.324.7744

DEFENDANT,
SEARS, ROEBUCK and CO.

By: _____
Michael G. Petrie (ct 22789)
Jackson Lewis LLP
55 Farmington
Hartford, CT 06105
Ph. 860.522.0404

ORDERED ACCORDINGLY
KEVIN F. ROWE
Clerk, U.S. District Court
By: _____
Deputy Clerk
FILED
Oct 31  9 37 AM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

## CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing was sent by first class. mail postage prepaid, on this 22 day of October 2003, to the following counsel of record:

> Mark P. Carey
> Carey & Associates, P.C.
> 71 Old Post Road, Suite One
> Southport, CT 06490
> Ph. 203.255.4150
> Fax 203.255.0380

Michael G. Petrie

2